UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERNANDO ZARATE CARRILLO, | No. CV 10-1024-DSF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| URIBE JR., Warden, | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 2/23/2010

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE